# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1503

_____

AL TAYLOR,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

July 27, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Al Taylor, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.